**U.S. Postal Service ™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

TRAVIS COUNTY DISTRICT CLERK
P. O. BOX 1748
AUSTIN, TX 78767

Total Postage & Fees  $

Sent To: 1:16 CV 1267 RP

Street, Apt. No.; or PO Box No.

City, State, ZIP+4: Renard

PS Form 3800, August 2006          See Reverse for Instructions